[Nos. 25740-1-III; 27524-8-III. Division Three. June 22, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL R. RAMOS, *Appellant*.

*In the Matter of the Personal Restraint of* JOEL RAMOS, *Petitioner*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-1-01281-6, Robert N. Hackett Jr., J., entered August 23, 1993, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *granted* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.

[Nos. 28155-8-III; 28209-1-III. Division Three. June 22, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TRACY WAYNE LYDEN, *Appellant*.

*In the Matter of the Personal Restraint of* TRACY LYDEN, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-00424-4, Harold D. Clarke III, J., entered May 22, 2009, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Brown, J.

[No. 28349-6-III. Division Three. June 22, 2010.]

BRUCE D. ALLEN ET AL., *Respondents*, v. CLARK KRAMER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 03-2-03148-7, F. James Gavin, J., entered July 17, 2009. *Reversed* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Korsmo, J.